# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

WILLIAM CLAYTON

NO.   2022 CW 0747

VERSUS

TAURA CLAYTON

**SEPTEMBER 12, 2022**

---

In Re:   William Clayton and Maria A. Finley, applying for supervisory writs, Family Court in and for the Parish of East Baton Rouge, No. 227,341.

---

**BEFORE:   WELCH, PENZATO, AND LANIER, JJ.**

**WRIT DENIED.**

**JEW**
**AHP**
**WIL**

COURT OF APPEAL, FIRST CIRCUIT

_a.snl_

---

DEPUTY CLERK OF COURT
FOR THE COURT